IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| N.E.L. and M.M.A., individually as Plaintiffs, | Case No. 1:15-cv-2847 |
| v. | |
| Douglas County, Colorado and | |
| Monica Gildner, Angela Webb, Tina Abney, Lesa Adame, Carl Garza in their individual capacities | |
| Defendants | |

**[PROPOSED]**
**ORDER GRANTING**
**PLAINTIFFS' MOTION TO PROCEED ANONYMOUSLY AND TO REDACT**
**IDENTIFYING INFORMATION FROM COURT-FILED DOCUMENTS**

This matter comes before the Court on Plaintiffs' *Motion*, captioned above, to restrict under D.C.COLO.LCivR 7.2, the public's access to the Plaintiffs' names, the names of their parents, minor siblings, extended family members on their maternal and paternal sides, their Colorado-designated guardians, the names of any treating physicians, therapists and other key witnesses whose identities could expose the names of Plaintiffs and their family to the public.

The Court, after reviewing the *Motion* and objections thereto, finds that the Plaintiffs, for reasons set forth in the *Motion*, have demonstrated sufficient grounds to protect their identities from the public in the course of this action and therefore ORDERS:

That Plaintiffs' *Motion* is granted, and more particularly, in documents filed with the Court, the parties shall:

1. Utilize initials to refer to Plaintiffs as set forth in the caption, instead of Plaintiffs' actual names;

2. Refer to Plaintiffs' parents as Mr. and Mrs. Doe, instead of using their actual names;

3. Redact information tending to identify Plaintiffs' names and/or their parents, siblings, extended family on their maternal and paternal sides, treating physicians, therapists, Colorado-designated guardians and other key witnesses whose identities could expose the names of Plaintiffs and their family to the public, and instead utilize a single initial or two initials where necessary to prevent confusion. In the case of doubt by the parties as to utilizing the actual names of witnesses for Plaintiffs, counsel shall confer to attempt to resolve any dispute prior to publishing such actual names in Court-filed documents.

Entered this __12th__ day of __January__, 2016

_____
By: Judge or Magistrate