IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02847-REB-BS | Date: March 8, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

N.E.L., *et al.*,   Richard Wall (by phone)
　　　　　　　　　　Rebecca Messall

Plaintiff,

v.

DOUGLAS COUNTY, COLORADO, *et al.*,   Kelly Dunnaway
　　　　　　　　　　　　　　　　　　　Anne Smith (by phone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 09:59 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding pending motions and allegations in the complaint.

**ORDERED:**  *[37] Motion to Stay Proceedings* is **GRANTED in part and DENIED in part**. The motion is granted to the extent is seeks to stay discovery directed at to the individual defendant. The motion is denied to the extent is seeks to stay discovery against Douglas County. The Plaintiff may serve 10 interrogatories and 15 requests for production on Douglas County.

A Motion Hearing is set for **April 21, 2016 at 1:30 p.m.** to address *[26] Motion to Dismiss* and *[27] Motion to Dismiss.* The court intends to make its recommendation from the bench.

Hearing concluded.

**Court in recess: 10:36 a.m.**
Total time in court:    00:37

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.