IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02847-REB-CBS | Date:  April 21, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                          *Counsel:*

N.E.L., *et al.,*                                    Richard Wall
                                                     Rebecca Messall

Plaintiff,

v.

DOUGLAS COUNTY, COLORADO, *et al.,*        Anne Smith
                                                     Chris Pratt
                                                     Kelly Dunnaway

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: MOTION HEARING**
**Court in session: 01:29 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *[26] Motion to Dismiss* and *[27] Motion to Dismiss*.  Discussion and argument regarding the motions.

Ms. Messall makes oral motion for leave to file an amended complaint.  Defense counsel does not oppose this motion.

**ORDERED:**     The court RECOMMENDS *[26] Motion to Dismiss* and *[27] Motion to Dismiss* be **DENIED** as stated on the record

**ORDERED:**     Ms. Messall's oral motion is **GRANTED.**  The Plaintiffs shall file an amended complaint on or before **April 29, 2016** without prejudice to the Defendants' rights to file new motions to dismiss.  If the Plaintiffs do not file an amended complaint by the deadline, the 14 days for which to file an objection to today's rulings will begin from April 29, 2016.  If the Plaintiffs do not file an amended complaint, the court RECOMMENDS dismissal of the conspiracy claim.

Discussion regarding *[50] Stipulated Motion for Blanket Protective Order*.

**ORDERED:**     *[50] Stipulated Motion for Blanket Protective Order* is **DENIED.**  Counsel shall
prepare an amended protective order that encompasses the District of
Colorado's Local Rules and certification requirements as stated on the record.

The court suggests Ms. Messall review her outstanding discovery requests and advise defense
counsel if she intends to narrow those requests.

Further discussion regarding outstanding discovery requests that have not been responded to.

If parties believe a settlement conference would be helpful, they shall contact Magistrate Judge
Shaffer for further discussion.

HEARING CONCLUDED.

**Court in recess: 04:29 p.m.**
Total time in court: 03:00

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.